UNITED STATES BANKRUPTCY COURT

Southern District of Indiana

In re:

Chennelle Martin

Case No. 19-08203

Adv. Proc. No. 20-50134

Debtor(s).

Chennelle Martin

Plantiff(s),

Vs.

FILED '20 SEP 16
BANKR SD INDAM 11:05

Indiana Finance Company Oak Motors

Defendant(s).

COMPLIANT TO/FOR

(Recover money)

The Plantiff(s) for her Compliant for relief from lease agreement and balance against the Defendant(s) state(s) as follows:

1. The bankruptcy court has jurisdiction over the matter because this agreement was listed in the original schedules filed in the bankruptcy case.

2. I do not consent to the final entry of final judgement by the Bankruptcy Judge.

3. The plaintiff is Chennelle Martin, the Defendant is Indiana Finance Company. I had financed a Chevy Cruze from this company and was current on my car payments. I listed that I wanted to keep the car continue to make payments. The company sent me an agreement to sign but they listed a Dodge Journey instead of my Chevy Cruze. They never corrected the paper work and instead asked the court for permission to lift the automatic stay and recover the vehicle. They recovered the Chevy Cruze and not the dodge Journey. The courts asked them to correct the filing as well and they did not to my knowledge. This caused a hardship for me and my family.

4. I believe I have grounds to ask the courts to recover money due to their misfiling and not correcting the paperwork which would have allowed me to sign the agreement and keep the car.

5. Wherefore, Plantiff(s) respectfully request(s) that this court recover money from the defendant.

Case 20-50134    Doc 5    Filed 09/16/20    EOD 09/16/20 11:22:27    Pg 2 of 3

ProseComplaint (rev 12/01/15)

_____ (Signature of Plaintiff)
Chennelle Martin _____ (Printed Name of Plaintiff)
1024 waterview Drive _____ (Address)
Indianapolis In 46224 ____ (City, State, ZIP Code)
317 907 2327 _____ (Phone with Area Code)
_____ (Fax with Area Code)
cocochennelle@gmail.com __ (E-mail)

**NOTE:** If the adversary proceeding is not being filed electronically, the filer must provide a completed Adversary Proceeding Cover Sheet, available at http://www.uscourts.gov/forms.

If you are required to pay a filing fee for this adversary proceeding, the filing fee will not be refunded if the Complaint is dismissed or stricken.